# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00583-CV

## In the Matter of S. P.

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
## NO. J-19,560, HONORABLE W. JEANNE MEURER, JUDGE PRESIDING

Appellant S.P. seeks to appeal an order signed by the district court on May 3, 2001. Appellant filed a request for findings of fact and conclusions of law, thus extending the deadline to file a notice of appeal to August 1, 2001. *See* Tex. R. App. 26.1(a). Appellant's notice of appeal was filed in the district court on August 20, 2001. Appellant's notice of appeal was not timely filed. *See* Tex. R. App. P. 26.1, 26.3. We therefore dismiss the appeal for want of jurisdiction. Tex. R. App. P. 42.3(a).

_____

Lee Yeakel, Justice

Before Justices Kidd, Yeakel and Patterson

Dismissed for Want of Jurisdiction

Filed:  December 6, 2001

Do Not Publish